Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 22–14513–ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Daniel Rullo  
aka John D. Rullo  
60 Westminister Ave.  
Penns Grove, NJ 08069

Lola Rullo  
60 Westminister Ave.  
Penns Grove, NJ 08069

Social Security No.:  
xxx–xx–0272                                                      xxx–xx–2749

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             8/24/22  
Time:             09:00 AM  
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 27, 2022  
JAN: lgr

                                        Jeanne Naughton  
                                        Clerk, U. S. Bankruptcy Court