Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−14513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Daniel Rullo
aka John D. Rullo
60 Westminister Ave.
Penns Grove, NJ 08069

Lola Rullo
60 Westminister Ave.
Penns Grove, NJ 08069

Social Security No.:
xxx−xx−0272    xxx−xx−2749

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on March 7, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 8, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Daniel Rullo  
Lola Rullo  
    Debtors

Case No. 22-14513-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 08, 2023     Form ID: 148     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Daniel Rullo, Lola Rullo, 60 Westminister Ave., Penns Grove, NJ 08069-1726 |
| 519667067 | + | Borough of Penns Grove, Tax Office, 303 Harding Highway, Carneys Point NJ 08069-2248 |
| 519632011 | + | Borough of Pennsgrove, 1 State St, Penns Grove NJ 08069-1619 |
| 519632013 | + | FBCS Collection Agency, PO Box 1018, Moorestown NJ 08057-0018 |
| 519632016 | | NJ Division of Taxation, 3 John Fitch Way, Trenton NJ 08611 |
| 519632017 | + | Pennsville National Bank, 170 S Broadway, Pennsville NJ 08070-2200 |
| 519644877 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519632012 | + | EDI: CITICORP.COM | Mar 09 2023 01:36:00 | CBNA, The Home Depot, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |
| 519647183 | + | EDI: CAPITALONE.COM | Mar 09 2023 01:36:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519659404 | + | EDI: AIS.COM | Mar 09 2023 01:42:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519676175 | | EDI: CITICORP.COM | Mar 09 2023 01:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519632014 | + | EDI: IRS.COM | Mar 09 2023 01:36:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519632015 | + | Email/Text: mail@jenkinsclayman.com | Mar 08 2023 20:47:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519650368 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2023 20:48:23 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519682782 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 08 2023 20:48:00 | Manufacturers and Traders Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519632019 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 08 2023 20:48:00 | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville FL 32256-5007 |
| 519632020 | + | EDI: RMSC.COM | Mar 09 2023 01:36:00 | Synchrony Bank, Care Credit, PO Box 965036, Orlando FL 32896-5036 |

| Recip ID | | | | |
|---|---|---|---|---|
| 519632021 | + EDI: RMSC.COM | | Mar 09 2023 01:36:00 | Synchrony Bank, Network, PO Box 965036, Orlando FL 32896-5036 |
| 519634181 | + EDI: RMSC.COM | | Mar 09 2023 01:36:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519645649 | + EDI: CBSTDR | | Mar 09 2023 01:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519636287 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| 519632018 | ##+ | Pioneer Credit Recovery, PO Box 500, Horseheads NY 14845-0500 |
| 519632022 | ##+ | TDRCSRaymour Flanigan, 1000 Macarthur Blvd, Mahwah NJ 07430-2035 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the ContiMortgage Home Equity Loan Trust 1994-5 Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor John Daniel Rullo mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Lola Rullo mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5