Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  22−14513−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Daniel Rullo<br>aka John D. Rullo<br>60 Westminister Ave.<br>Penns Grove, NJ 08069 | Lola Rullo<br>60 Westminister Ave.<br>Penns Grove, NJ 08069 |

Social Security No.:
  xxx−xx−0272                                     xxx−xx−2749

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 15, 2023                     Andrew B. Altenburg Jr.
                                                Judge, United States Bankruptcy Court